UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSS WHEELER and OSCAR SKJERVEN, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

WYZE LABS, INC.,

Defendant.

Case No.  2:26-cv-01319-TLF

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT**

**NOTE ON MOTION CALENDAR: 5/12/2026**

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rules 7(d)(1) and 7(j), the parties, by and through their undersigned counsel, respectfully stipulate and move for the appended order extending Defendant Wyze Labs, Inc.'s ("Defendant") deadline to respond to the Complaint.

Defendant's current deadline to answer or otherwise respond to the Complaint is May 13, 2026. The parties conferred in good faith and agreed to extend Defendant's time to respond through June 29, 2026, to facilitate efficient resolution of case-management issues and obviate unnecessary motion practice.

Accordingly, the parties stipulate and jointly request that the Court recognize that agreement in this court and order that Defendant's deadline to respond to the Complaint is extended through **June 29, 2026**.

STIPULATION AND ORDER TO EXTEND TIME
TO FILE A RESPONSIVE PLEADING TO THE
COMPLAINT - 1

SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone:  206.344.7600

This is the first request to extend this deadline. The requested extension will not affect any other deadlines that have been set by the Court, and no person or entity will be prejudiced by the requested relief.

This stipulation and motion is brought in good faith and not for purposes of delay.

DATED this 12th day of May, 2026

SHOOK, HARDY & BACON L.L.P.

By: */s/ Steven Rich*
    Steven W. Rich,  WSBA #48444
    701 Fifth Avenue, Suite 6800
    Seattle, WA 98104-7066
    Telephone:  206.344.7600
    Facsimile:  206.344.3113
    E-mail:  srich@shb.com

**Attorneys for Defendant Wyze Labs, Inc.**

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Rebecca L. Solomon*
    Kim D. Stephens, P.S., WSBA #11984
    kstephens@tousley.com
    Rebecca L. Solomon, WSBA #51520
    rsolomon@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington 98101
    Telephone: 206.682.5600/Fax: 206.682.2992

    Mark S. Reich*
    mreich@zlk.com
    LEVI & KORSINSKY, LLP
    33 Whitehall Street, 27th Floor
    New York, NY 10004
    Telephone: 212.363.7500/Fax: 212.363.7171
    *pro hac vice* forthcoming

**Attorneys for Plaintiffs and Putative Class**

STIPULATION AND ORDER TO EXTEND TIME
TO FILE A RESPONSIVE PLEADING TO THE
COMPLAINT - 2

SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone:  206.344.7600

**IT IS SO ORDERED**

_____

U.S. DISTICT COURT JUDGE

STIPULATION AND ORDER TO EXTEND TIME
TO FILE A RESPONSIVE PLEADING TO THE
COMPLAINT - 3

SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone:  206.344.7600