**HONORABLE JAMAL N. WHITEHEAD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSS WHEELER and OSCAR SKJERVEN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYZE LABS, INC.,<br><br>Defendant. | **Case No. 2:26-cv-01319-JNW**<br><br>**STIPULATED MOTION AND ORDER TO AMEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTED FOR CONSIDERATION: 8/31/26** |

Defendant Wyze Labs, Inc. ("Wyze") and Plaintiffs Ross Wheeler and Oscar Skjerven ("Plaintiffs," together with Defendant, the "Parties") jointly submit this stipulated motion to amend the briefing schedule on Defendant's Motion to Dismiss. In support of this motion, the Parties state as follows:

1. On July 13, 2026, Defendant filed its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (ECF No. 18).

2. Thereafter, the Parties submitted, for the Court's consideration, a stipulated motion and proposed order to establish an amended briefing schedule pertaining to Defendant's Motion to Dismiss. (ECF No. 21).



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600

3. The Court granted the Parties' stipulated motion, and ordered that Plaintiffs file their Response on or before August 19, 2026 and that Defendant file its Reply on or before September 2, 2026. (ECF No. 22).

4. Plaintiffs filed their Response on August 19, 2026. (ECF No. 23).

5. Due to scheduling constraints, Defendant seeks a short one-week extension to file its Reply.

6. The Parties have met and conferred about the requested extension, and Plaintiffs have no objection.

7. Accordingly, the Parties respectfully request the Court grant this motion, extend the deadline for Defendant's Reply to September 9, 2026 and reset the noting date for Defendant's Motion to Dismiss to September 9, 2026 to account for the extension.

8. Defendant does not seek the relief requested for purposes of delay or any other impermissible purpose. Further, the granting of this Motion will not materially delay or impact other pending deadlines in this litigation.

WHEREFORE the Parties respectfully request the Court enter an order: (i) amending Defendant's deadline to file its Reply to September 9, 2026, and (ii) changing the Motion to Dismiss noting date to September 9, 2026.

DATED: August 31, 2026

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Steven W. Rich*

Steven W. Rich, WSBA #48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: 206.344.7600
Facsimile: 206.344.3113
E-mail: srich@shb.com

Tammy B. Webb (*pro hac vice forthcoming)*
Aubrey Kramer (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300

San Francisco, CA 94105
Telephone: 415.544.1900
Facsimile: 415.391.0281
E-mail: tbwebb@shb.com
akramer@shb.com

***Attorneys for Defendant Wyze Labs, Inc.***

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Rebecca L. Solomon*
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Rebecca L. Solomon, WSBA #51520
rsolomon@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206.682.5600/Fax:
206.682.2992

**LEVI & KORSINSKY, LLP**

By: */s/ Mark S. Reich*
Mark S. Reich*
mreich@zlk.com
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: 212.363.7500/Fax:
212.363.7171
*pro hac vice

***Attorneys for Plaintiffs and Putative Class***

**IT IS SO ORDERED**

Honorable Jamal N. Whitehead
U.S. DISTRICT JUDGE