UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSS WHEELER and OSCAR SKJERVEN,<br><br>Plaintiffs,<br><br>v.<br><br>WYZE LABS INC,<br><br>Defendant. | CASE NO. 2:26-cv-01319-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 20, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | August 24, 2026 |
| Deadline to file motion(s) for ESI protocols | August 30, 2026 |
| Deadline for substantial completion of document productions | April 16, 2027 |
| Deadline for completion of fact discovery | May 24, 2027 |

| EVENT | DATE |
|---|---|
| Deadline for Plaintiffs' class certification expert reports | June 28, 2027 |
| Deadline for Defendant's class certification expert reports | July 28, 2027 |
| Deadline for Plaintiffs' rebuttal class certification expert reports | August 27, 2027 |
| Completion of class certification expert discovery | September 24, 2027 |
| Deadline to file Motion for class certification | October 15, 2027 |
| Deadline to file Opposition to motion for class certification | December 6, 2027 |
| Deadline to file Reply to motion for class certification | January 10, 2028 |
| Hearing on class certification | To be announced |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 7th day of October 2026.

Joshua C. Lewis
Clerk

/s/ *Kathleen Albert*
Deputy Clerk